IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BERNADINE BURKE O/B/O** | : | |
| **LAGARIA ANDREWS,** | : | |
| | : | |
| Claimant | : | Civil Action No. |
| | : | 5:08-CV-88 (HL) |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | : | SOCIAL SECURITY APPEAL |
| | | |
| **Defendant.** | | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 14), which recommends affirming the decision of the defendant Commissioner of Social Security. Plaintiff filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 27th day of January, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc